UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-02045-FMO (MAA)**                                    Date:  **June 25, 2020**

Title  **Daquan Eli Tribble v. E. West et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**              **Order to Show Cause Why This Case Should Not Be
                                            Dismissed for Want of Prosecution**

        On April 7, 2020, the Court issued a Memorandum Decision and Order Dismissing First
Amended Complaint with Leave to Amend ("Order").  (Order, ECF No. 23.)  In the Order, the Court
ordered Plaintiff Daquan Eli Tribble ("Plaintiff") to, no later than sixty days after the date of the
Order, either file a Second Amended Complaint ("SAC") that corrected the deficiencies outlined in
the Order or advise the Court that Plaintiff does not intend to file a SAC.  (*Id*., at 19.)  The Court
explicitly cautioned Plaintiff that "**failure to timely file a SAC, or timely advise the Court that
Plaintiff does not intend to file a SAC, will result in a recommendation that this action be
dismissed for failure to prosecute and/or failure to comply with court orders pursuant to
Federal Rule of Civil Procedure 41(b)**."  (*Id*., at 20.)

        On April 9, 2020, Plaintiff notified the Court of his change of address, updating his address
to an apartment in Adelanto ("Notice").  (Notice, ECF No. 24.)  Based on the Notice, it appeared
that Plaintiff had been released from prison.  On April 14, 2020, the Court:  (1) ordered Plaintiff to
submit an updated Request to Proceed *In Forma Pauperis*, so that the Court could reassess
Plaintiff's indigency after his incarceration; and (2) sent a copy of the Order to Plaintiff's new
address.  (ECF No. 25.)

        To date, Plaintiff has filed neither a SAC nor a Notice of Dismissal of the action.  (A Notice
of Dismissal form is attached to this order.)  Plaintiff also has not filed an updated Request to
Proceed *In Forma Pauperis*.  Plaintiff is **ORDERED TO SHOW CAUSE** by **July 27, 2020** why
the Court should not recommend that the case be dismissed for want of prosecution and/or failure to
comply with court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a SAC or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:19-cv-02045-FMO (MAA)**                    Date:  **June 25, 2020**

Title    **Daquan Eli Tribble v. E. West et al.**

a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal

**Time in Court:**     0:00
**Initials of Preparer:**     JM