# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAQUAN ELI TRIBBLE,

              Plaintiff,

    v.

E. WEST et al.,

              Defendants.

Case No. 5:19-cv-02045-FMO (MAA)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, and the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that this lawsuit be dismissed without prejudice.

DATED:

November 6, 2020

_____/s/_____

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE