JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAQUAN ELI TRIBBLE, <br><br> Plaintiff, <br><br> v. <br><br> E. WEST et al., <br><br> Defendants. | Case No. 5:19-cv-02045-FMO (MAA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

November 6, 2020

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE